# United States Court of Appeals
# for the Federal Circuit

August 16, 2021

**ERRATA**

Appeal No. 2021-148

**In re:  DISH NETWORK L.L.C.,**
*Petitioner*

Decided:  August 13, 2021
Nonprecedential Order

Please make the following change:

Page 2, line 36, of the order for the court, change "1371," to --1371--.

Page 3, line 11, of the order for the court, change "2 F.4th 1371, at 1379–80" to --2 F.4th at 1379–80--.